UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AMRINDER SINGH, | |
| Petitioner, | |
| v. | CAUSE NO. 3:26-CV-113-CCB-SJF |
| BRIAN ENGLISH, et al., | |
| Respondents. | |

### ORDER

In a prior order, the court granted the petition for a writ of habeas corpus under 28 U.S.C. § 2241 and ordered Respondents to immediately release Arminder Singh on the previous conditions of bond. (ECF 12.) Respondents have notified the court that he has been released in accordance with the court's order. (ECF 15.) Therefore, the court **DIRECTS** the clerk to enter judgment consistent with the court's order and to close this case.

SO ORDERED on March 2, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT